IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-MC-61 |
| | ) | Judge Alan Kay |
| ANTWUAN BELL, et al., | ) | |
| | ) | |

**MOTION TO PLACE UNDER SEAL JOINT OPPOSITION TO MOTION FOR AN ORDER TO SHOW CAUSE**

Comes now DeCola Jones and Anne Magruder ("Movants"), nonparties to the above-referenced matter, and hereby file their Motion to Place Under Seal Movants' Joint Opposition to Motion for an Order to Show Cause in the above-captioned matter. In support of their Motion, Movants state the following:

1.    On April 17, 2007, this Court, through Magistrate Judge Alan Kay, granted Defendant Gregory Bell's Motion to Seal Gregory Bell's Motion for Order to Show Cause, without objection. With Gregory Bell's Motion for Order to Show Cause now under seal, Movants' Motion in Opposition to Gregory Bell's Motion should be placed under seal as well.

2.    Further, in this matter this Court has already taken the measure of placing sensitive material under protective order. Placing Movants' Joint Opposition to Motion for an Order to Show Cause under seal would thus be in agreement with this Court's earlier actions.

(CONTINUED ON NEXT PAGE)

WHEREFORE, Movants respectfully request that the Court place under seal

Movants' Joint Opposition to Motion for an Order to Show Cause.

Respectfully submitted,

MAGRUDER & ASSOCIATES, P.C.

BY:   */s/ Anne M. Magruder*
      */s/ Michael J. Carmody*
      Anne M. Magruder          #265041
      Michael J. Carmody        #455703
      1889 Preston White Drive, Suite 200
      Reston, VA  20191
      (703) 766-4400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Place Under Seal

Joint Opposition to Motion for an Order to Show Cause, and Proposed Order was

mailed, first-class, postage prepaid, this 24th day of April 2007 to James Beane, 2715 M

Street, N.W., Ste 200, Washington, DC 20001 (Counsel for Defendant Gregory Bell),

with a copy to Glenn Leon, Assistant U.S. Attorney, United States Attorney's Office, 555

Fourth Street, N.W., Room 4112, Washington, DC 20530.


BY:    */s/ Anne M. Magruder*
       */s/ Michael J. Carmody*
       Anne M. Magruder #265041
       Michael J. Carmody #455703