UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GREGORY BELL,

Defendant.

Misc. Case No. 07-061 (RWR)(AK)

**FILED**

MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of DeCola Jones and Anne Magruder's ("Movants") Motion To Place Under Seal Joint Opposition To Motion For An Order To Show Cause ("Motion to Seal") [Dkt. No. 10], it is on this 24th day of May, 2007 hereby

**ORDERED** that the Motion to Seal is **GRANTED**. The Court directs the Clerk of the Court to place under seal DeCola Jones and Anne Magruder's Joint Opposition to Motion for an Order to Show Cause [Dkt. No. 5] until the conclusion of the trial in *United States v. Gregory Bell*, criminal case no. 05-100-03 (RWR).

**SO ORDERED**.

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

